**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL–CIO (AFSCME), et al., Plaintiffs-Appellees,**

v.

**STATE OF WASHINGTON, et al., Defendants-Appellants.**

**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL–CIO (AFSCME), et al., Plaintiffs-Appellants,**

v.

**STATE OF WASHINGTON, et al., Defendants-Appellees.**

Nos. 84–3569, 84–3590.

United States Court of Appeals, Ninth Circuit.

March 31, 1987.

Richard B. Sanders, Seattle, Wash., Daniel J. Popeo, and George C. Smith, Wash-

ington, D.C., for Washington Legal Foundation.

Robert E. Williams, Thomas R. Bagby, and Douglas S. McDowell, Washington, D.C., for Equal Employment Advisory Council.

Daniel E. Leach, Washington, D.C., and Peter N. Hillman, New York City, for Washington Study Group.

Clint Bolick, K. Preston Oade, Jr., and Maxwell A. Miller, Denver, Colo., for Mountain States Legal Foundation.

Ronald A. Zumbrun, John H. Findley, and Anthony T. Caso, Sacramento, Cal., for Pacific Legal Foundation.

Thomas A. Lemly, Stephen M. Rummage, and Robert G. Homchick, Seattle, Wash., for Asso. of Washington Business.

Winn Newman, Lisa Newell, Richard B. Sobol and Michael B. Trister, Washington, D.C., and Ed Younglove, Olympia, Wash., for AFSCME.

Christine O. Gregoire, Richard A. Heath, Sr., Olympia, Wash., for State of Wash.

Frank C. Morris, Jr., Washington, D.C., for Eagle Forum Educ. & Legal Defense Fund, amicus.

Edith Barnett, Washington, D.C., for Nat. Center for Economic Alternatives, amicus.

Mary L. Heen, Isabelle Katz Pinzler, Joan E. Bertin, E. Richard Larson, and Burt Neuborne, New York City, Durning, Webster & Lonnquist, Judith A. Lonnquist, Seattle, Wash., for Nat. Committee on Pay Equity, et al., amicus.

Robert H. Chanin, Washington, D.C.; Marsha S. Berzon, San Francisco, Cal., and Laurence Gold, Washington, D.C., for American Federation of Labor and Congress of Indus. Organizations, amicus.

Julius LeVonne Chambers, Barry L. Goldstein, Gail J. Wright, Charles Stephen Ralston, and Penda D. Hair, New York City, for NAACP Legal Defense & Educational Fund, Inc., amicus.

* Honorable Thomas J. MacBride, Senior United States District Judge, Eastern District of Califor-

Marsha Levick, and Emily Spitzer, New York City, for Women & The NOW Legal Defense & Educ. Fund, amicus.

Before WRIGHT and KENNEDY, Circuit Judges, and MacBRIDE,* Senior District Judge.

### ORDER

The petition for rehearing is denied. The petition for rehearing en banc is dismissed in light of the parties' settlement of the case prior to circulation of a memorandum under General Order 5.4(b).